## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC
t/d/b/a PACE-O-MATIC, and SAVVY DOG
SYSTMS, LLC

        Plaintiffs,

   v.

UNITED AMUSEMENT ALTERNATIVES,
JOHN DOES 1-100, and XYZ COMPANIES 1-
100,

        Defendants.

**Civil Action No.** 20-cv-01942-YK

### DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, who is POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, makes the following disclosure:

1.      Is the party a non-governmental corporate party?

    ☒     YES          ☐     NO

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

**Answer**: None.

3.     If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**Answer**: None.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Matthew H. Haverstick
Signature of Counsel for Party

Date: October 21, 2020