**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTMS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AMUSEMENT ALTERNATIVES, JOHN DOES 1-100, and XYZ COMPANIES 1-100,<br><br>Defendants. | **Civil Action No.** 20-cv-01942-YK |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, who is Savvy Dog Systems, LLC, makes the following disclosure:

1.    Is the party a non-governmental corporate party?

☒    YES                    ☐    NO

2.    If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

**Answer**: None.

3.    If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**Answer**: None.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Matthew H. Haverstick
Signature of Counsel for Party

Date: October 21, 2020