**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHAMBERS OF** | **FEDERAL BUILDING & COURTHOUSE** |
| **YVETTE KANE** | **228 WALNUT STREET** |
| **JUDGE** | **P.O. BOX 11817** |
| | **HARRISBURG, PA 17108-1817** |

10/22/2020

*RE:* **POM of Pennsylvania LLC, et al v. United Amusement Alternatives, et al. – 1:20-cv-1942**

Dear Counsel:

The above-referenced action has been assigned to me in the Harrisburg Division of the Middle District of Pennsylvania. The following important preliminary information applies to all cases assigned to me:

**STATUS REPORT**: If service of the initial pleading is not made within the time allowed by the Rules of Civil Procedure, counsel must submit a status report setting forth the reasons for the delay and the course of action being pursued.

**ANSWER**: The answer and responsive pleadings and motions must be filed as provided for in the Federal Rules of Civil Procedure. Extensions of time not pre-approved by the court are not permitted by the Rules, and will not be honored by the court.

**DISCOVERY**: **The Parties must actively comply with discovery obligations pending scheduling of the Case Management Conference** or ruling on motions to dismiss, and will be required to detail discovery efforts to date at the Case Management Conference.

**CASE MANAGEMENT CONFERENCE**: An Order scheduling a case management conference and informing the parties of their obligations in preparation of that conference will issue after joinder of this matter has been accomplished. This conference will establish important deadlines for the case, including the trial listing.

**CONTACTING THE COURT**: Dawn McNew, Courtroom Deputy, is available to answer your questions or concerns regarding the progress of this case at 717-221-3929.

I look forward to working with all counsel toward the efficient resolution of this matter.

Sincerely,

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania