# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | : : : | |
| | : | Civ. No. 1:20-cv-01942-YK |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED AMUSEMENT ALTERNATIVES, JOHN DOES 1-100, and XYZ COMPANIES 1-100, | : : : : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs POM of Pennsylvania, LLC and Savvy Dog Systems, LLC submit this notice of voluntary dismissal, resulting in dismissal of the above-captioned action without prejudice. Each party is to bear its own costs and fees. Defendants have not appeared in this action. Accordingly, no order from this Court is necessary to effect this voluntary dismissal.

Respectfully Submitted,

/s/ James G. Gorman III
Matthew H. Haverstick (PA No. 85072)
James G. Gorman III (PA No. 328376)
Shohin H. Vance (PA No. 323551)
Kleinbard LLC
Three Logan Square; Fifth Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-568-2000
Fax:  215-568-0140

Counsel for Plaintiffs

Dated: April 12, 2021